IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COVANCE LABORATORIES INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 1:19-cv-00065-RGA-SRF |
| CHROMADEX INC., and | ) |
| CHROMADEX ANALYTICS INC., | ) |
| | ) |
| Defendants. | ) |

## JOINT INTERIM STATUS REPORT

Pursuant to the Paragraph 8 of the Scheduled Order entered by the Court on February 26, 2019 [D.I. 15], Plaintiff, Covance Laboratories Inc., ("Covance") and Defendants, ChromaDex Inc., and ChromaDex Analytics Inc., (collectively "ChromaDex"), hereby submit the following joint interim status report:

1. On May 30, 2019, Covance and ChromaDex participated in a mediation and the parties thereafter have had numerous discussions, which make a settlement agreement highly likely.

2. The parties are currently discussing the contours of a formal settlement agreement.

3. The parties have not conducted formal discovery, and will jointly apprise the Court if settlement discussions fail and discovery becomes necessary. The parties will file a stipulation of dismissal or a joint status report on or before October 30, 2019.

| | |
|---|---|
| HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP | MORRIS, NICHOLS, ARSHT &<br>TUNNELL LLP |
| | |
| */s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (#3630)<br>300 Delaware Ave., Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law | /s/ Elizabeth A. Mullin<br>R. Judson Scaggs, Jr. (#2676)<br>Elizabeth A. Mullin (#6380)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>rscaggs@mnat.com<br>emullin@mnat.com |
| OF COUNSEL: | OF COUNSEL: |
| Robert Steiner<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, New York 10178<br>(212) 808-7965 | Joe Tuffaha<br>Prashanth Chennakesavan<br>LTL ATTORNEYS LLP<br>300 S. Grand Avenue<br>14th Floor<br>Los Angeles, CA 90071<br>(213) 612-8900 |
| *Attorneys for Plaintiff*<br>*Covance Laboratories Inc.* | *Attorneys for Defendants*<br>*ChromaDex Inc., and*<br>*ChromaDex Analytics Inc.* |

September 10, 2019